(49 Misc. Rep. 609.)

### In re BUTLER ST. IN CITY OF NEW YORK.

(Supreme Court, Special Term, Kings County.   December, 1905.)

EMINENT DOMAIN—CONDEMNATION PROCEEDINGS—COSTS—EXTRA ALLOWANCE.
   Under the statute permitting the court to grant an extra allowance to commissioners of estimate and assessment for the opening of a public street in cases which are difficult or unusual, an ordinary case of a street opening, not shown to be more difficult than the average street opening proceeding, is not one wherein the court has jurisdiction to increase the compensation of the commissioners.

In the matter of the application of the city of New York relative to acquiring title to lands required for the purpose of opening Butler street from Flatbush avenue to Nostrand avenue in the borough of Brooklyn. Application for extra allowance to commissioners of estimate and assessment.   Application denied.

George G. Reynolds and Charles S. Simpkins, for the motion.
James F. Quigley, opposed.

SMITH, J.   These commissioners are gentlemen of such high standing at the bar that I do not question that they have, according to the recognized standard of the legal profession, earned all the money which they wish to have awarded to them; but to my mind this application presents a question of jurisdiction.   The court is permitted by statute to grant an extra allowance in cases which are difficult or unusual.   There is no claim that this case was unusual.   It was an ordinary case of a street opening.   In a certain sense every street opening proceeding is difficult; but in my opinion it was the intent of the statute that the court is only authorized to award extra compensation in a proceeding which is more difficult than ordinary proceedings.   There is no suggestion made upon this application that this proceeding is more difficult than the average street opening proceeding; so I decide that the court has no jurisdiction to increase the compensation of the commissioners.

Application denied.